# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CHANGE OF PLEA HEARING MINUTES** |
| **DAVID A. HAMMOND** | Case No. 17-CR-135 |

HONORABLE WILLIAM C. GRIESBACH presiding  Time Called: 11:16 a.m.
Proceeding Held: October 12, 2017  Time Concluded: 11:39 a.m.
Deputy Clerk: Cheryl  Tape: 101217

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | William J. Roach |
| DAVID A. HAMMOND in person and by: | Nila Robinson |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: None | ☐ Interpreter Sworn |

☒ Defense counsel advises that defendant wishes to enter a plea of guilty
☒ Plea agreement filed
☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
☒ Defendant sworn
☒ Defendant advised that false statements made under oath may result in prosecution for perjury
☒ Court questions defendant as to background, education, medical history, drug usage

☒ Court advises defendant as to:
  ☒ Elements of the offense
  ☒ Maximum penalties
  ☒ Mandatory minimum sentence
  ☒ Forfeiture provision
  ☒ Sentencing guidelines
  ☒ Right to a jury trial
  ☒ Waiver of appeal rights
☒ Government provides factual basis as set forth in plea agreement

☒ GUILTY plea entered to Count(s) 1 of the ☒ indictment, ☐ superseding indictment, ☐ informaon
☒ CHARGE: 18 U.S.C § 2252A(a)(2) Distribution of Child Pornography
☒ PSR ordered
☒ Sentencing set for: January 12, 2018 at 1:30 p.m.

☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
☒ Defendant adjudged guilty
☒ FPT and JT dates removed from court calendar

☒ Detention continued; or  ☐ Bond continued:  ☐ as previously set, or  ☐ as modified:
Mr. Roach informs the Court that the state charge will be dismissed as part of the resolution of this case. Ms. Robinson comments on understanding of the state charge being dismissed with prejudice. Mr. Roach responds. Ms. Robinson states that he is receiving medical care at Outagamie Co. Jail and would hope he can stay in their custody at this time. It is likely he will stay there until the state charges are dismissed.

Mr. Roach informs the Court that Tom Phillip from Federal Defender Services is in the courtroom as he previously represented the defendant. Mr. Robinson now appears for the defendant. Mr. Phillip informs the court that she may be added as the attorney of record.